IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,

Plaintiffs,

v.

AURORA LOAN SERVICES LLC, et al.,

Defendants.

No. C 10-01042 JSW

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON REQUEST FOR IMMEDIATE INJUNCTIVE RELIEF**

On March 11, 2010, Plaintiffs filed a complaint with a request for immediate injunctive relief. Although no formal application for a temporary restraining order was filed, the Court concludes, based on the allegation that an auction of Plaintiffs' rental property is scheduled for March 18, 2010, that a response from Defendants is warranted.

Accordingly, it is HEREBY ORDERED that Plaintiffs shall serve a copy of the papers and a copy of this Order on Defendants by no later than 3:00 p.m. on Friday, March 12, 2010, and shall file proof of such service with the Court by no later than Monday, March 15, 2010.

It is FURTHER ORDERED that Defendants shall file a response to the allegations in the complaint and the request for immediate injunctive relief by no later than Tuesday, March 16, 2010 at 11:30 a.m. with copies to chambers by no later than noon on the same day.

It is FURTHER ORDERED that the Court shall hold a hearing on the *ex parte* application on Wednesday, March 17, 2010 at 9:00 a.m.

It is FURTHER ORDERED that if either party seeks to modify this briefing schedule or continue the hearing date, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: March 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC et al,

    Defendant.
                                /

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: March 11, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk