IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,

    Plaintiffs,

v.

AURORA LOAN SERVICES LLC, et al.,

    Defendants.

No. C 10-01042 JSW

**ORDER**

Briefing on the Defendants' motion to dismiss is closed. The Court shall strike from the record any filings from the parties that are not accompanied by a motion for leave to file supplemental briefing. The Court shall determine whether it will consider the filings submitted by Plaintiffs after the deadline to file reply briefs had passed in conjunction with the motions to dismiss. If the Court requires further briefing from Defendants, it will issue an Order to that effect.

**IT IS SO ORDERED.**

Dated: May 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3               UNITED STATES DISTRICT COURT
4                         FOR THE
5              NORTHERN DISTRICT OF CALIFORNIA

6  FERMIN SOLIS ANIEL et al,
7                                              Case Number: CV10-01042 JSW
          Plaintiff,
8                                              **CERTIFICATE OF SERVICE**
     v.
9
   AURORA LOAN SERVICES LLC et al,
10
          Defendant.
11                                          /

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14  That on May 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17
18  Erlinda Abibas Aniel
    75 Tobin Clark Drive
19  Hillsborough, CA 94010

20  Fermin Solis Aniel
    75 Tobin Clark Drive
21  Hillsborough, CA 94010

22  Dated: May 12, 2010

                                            *Jennifer Ottolini* (signature)
23                                          Richard W. Wieking, Clerk
                                            By: Jennifer Ottolini, Deputy Clerk

24
25
26
27
28

2