United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, et al.,<br><br>Defendants.<br>_____/ | No. C 10-01042 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON QUALITY LOAN SERVICE, CORP.'S MOTION TO DISMISS** |

On June 9, 2010, Quality Loan Service Corporation filed a Motion to Dismiss, which is noticed for hearing on August 6, 2010. It is HEREBY ORDERED that Plaintiffs' opposition to the motion shall be due on June 26, 2010, and Quality's reply brief shall be due on July 2, 2010. The Court shall not accept a sur-reply from Plaintiffs absent a request to file such a brief that demonstrates good cause.

It is FURTHER ORDERED that the case management conference is CONTINUED from July 9, 2010, to August 27, 2010, at 1:30 p.m. A further case management conference statement shall be due on August 20, 2010.

It is FURTHER ORDERED that the Court shall resolve all pending motions, including a ruling on the pending motions to dismiss filed by Defendants Aurora Loan Service and McCarthy and Holthus, LLP, in an omnibus order.

It is FURTHER ORDERED that if either party seeks to modify this briefing schedule or continue the hearing date, they must submit a request to the Court demonstrating good cause for

any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC et al,

    Defendant.

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: June 9, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3