1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   FERMIN SOLIS ANIEL and ERLINDA              No. C 10-01042 JSW
    ABIBAS ANIEL,
10                                              **ORDER SETTING BRIEFING
                 Plaintiffs,                    SCHEDULE ON MOTION TO
11                                              DISMISS FILED BY MORTGAGE
         v.                                     ELECTRONIC REGISTRATION
12                                              SYSTEMS, INC.**
    AURORA LOAN SERVICES LLC, et al.,
13
                 Defendants.
14
    _____/
15

16          On June 22, 2010, Mortgage Electronic Registration Systems filed a combined Motion

17  to Dismiss Complaint, Motion to Strike and Motion to Expunge *Lis Pendens* which is noticed

18  for hearing on August 6, 2010.  It is HEREBY ORDERED that Plaintiffs' opposition to the

19  motion shall be due on July 19, 2010, and Quality's reply brief shall be due on July 16, 2010.

20  The Court shall not accept a sur-reply from Plaintiffs absent a request to file such a brief that

21  demonstrates good cause.  As this Court previously noted, it shall resolve all pending motions,

22  including a ruling on the pending motions to dismiss filed by Defendants Aurora Loan Service

23  and McCarthy and Holthus, LLP, in an omnibus order.

24          It is FURTHER ORDERED that if either party seeks to modify this briefing schedule or

25  continue the hearing date, they must submit a request to the Court demonstrating good cause for

26  any such modification.  If the Court finds the matter suitable for disposition without oral

27  //

28  //

**United States District Court**
For the Northern District of California

1    argument, it shall notify the parties in advance of the hearing date.

2            **IT IS SO ORDERED.**

3    Dated: June 23, 2010

4                                                    JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

        Plaintiff,

  v.

AURORA LOAN SERVICES LLC et al,

        Defendant.

_____/

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: June 23, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California