IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, et al.,<br><br>Defendants.<br>_____/ | No. C 10-01042 JSW<br><br>**AMENDED ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

On June 23, 2010, this Court issued an Order setting a briefing schedule on the combined Motion to Dismiss Complaint, Motion to Strike and Motion to Expunge *Lis Pendens* filed by Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), which is noticed for hearing on August 6, 2010. It has come to the Court's attention that the order contained typographical errors. Accordingly, the Court HEREBY ISSUES this Amended Order to correct those errors and, in doing so, the Court is modifying the briefing schedule slightly.

It is HEREBY ORDERED that Plaintiffs' opposition remains due on July 19, 2010. MERS' reply brief shall be due on **July 26, 2010**. The Court shall not accept a sur-reply from Plaintiffs absent a request to file such a brief that demonstrates good cause. As this Court previously noted, it shall resolve all pending motions, including a ruling on the pending motions to dismiss filed by Defendants Aurora Loan Service and McCarthy and Holthus, LLP, in an omnibus order.

It is FURTHER ORDERED that if either party seeks to modify this briefing schedule or continue the hearing date, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 29, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

     Plaintiff,

v.

AURORA LOAN SERVICES LLC et al,

     Defendant.

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: June 29, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3