United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,

Plaintiffs,

v.

AURORA LOAN SERVICES LLC, et al.,

Defendants.

No. C 10-01042 JSW

**ORDER VACATING HEARING**

This matter is set for a hearing on August 6, 2010, on Defendants' Motions to Dismiss Plaintiffs' Complaint. The Court finds the motions suitable for disposition without oral argument and HEREBY VACATES the hearing. *See* N.D. Civ. L.R. 7-1(b). A written ruling on the motion shall issue in due course.

**IT IS SO ORDERED.**

Dated: July 27, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

      Plaintiff,

v.

AURORA LOAN SERVICES LLC et al,

      Defendant.

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: July 27, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2