United States District Court
For the Northern District of California

1

2

3

4

5

6         IN THE UNITED STATES DISTRICT COURT

7

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  FERMIN SOLIS ANIEL and ERLINDA
   ABIBAS ANIEL,
10                                              No. C 10-01042 JSW
                Plaintiffs,
11                                              **ORDER RE PLAINTIFFS'**
      v.                                        **APPLICATION FOR LEAVE TO**
12                                              **FILE MOTION FOR**
   AURORA LOAN SERVICES LLC, et al.,            **RECONSIDERATION**
13
                Defendants.
14
                                        /
15

16         On August 5, 2010, this Court issued an Order granting motions to dismiss, in which it

17  dismissed certain claims and defendants with prejudice and in which it gave Plaintiffs' leave to

18  amend certain other claims, and on that same date the Court entered judgment pursuant to

19  Federal Rule of Civil Procedure 54(b) as to Defendants Quality Loan Services, Inc. ("Quality")

20  and Mortgage Electronic Registration Systems, Inc. ("MERS")[1]

21         On August 13, 2010, Plaintiffs' filed a motion for leave to file a motion for

22  reconsideration of that Order.  Because the Court has entered judgment in favor of MERS and

23  Quality, and because Plaintiffs are proceeding *pro se*, as to those defendants, the Court

24  construes the motion as a motion to alter or amend the judgment, pursuant to *either* Federal

25  Rule of Civil Procedure 59(e) or 60(b).  It is HEREBY ORDERED that Quality and MERS

26  shall file an opposition to the motion by no later than September 10, 2010.  Plaintiffs may file a

27  reply by September 17, 2010.

28

_____

[1]        In the Judgment, the Court inadvertently referred to MERS as "Mortgage
Electronic Registration Services, Inc."

If the Court determines that a hearing is required, it shall notify the parties.

Because no judgment has been entered as to Aurora and McCarthy, the motion is properly treated as a motion for leave to file a motion for reconsideration. At this time, the Court does not require a response from either Aurora or McCarthy, and the Court shall address the Plaintiffs' motion for leave to file a motion for reconsideration with respect to those defendants once it has received the briefing from MERS and Quality.

**IT IS SO ORDERED.**

Dated: August 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

          Plaintiff,

  v.

AURORA LOAN SERVICES LLC et al,

          Defendant.
                         /

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: August 23, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3