IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,

    Plaintiffs,

v.

AURORA LOAN SERVICES LLC, et al.,

    Defendants.

No. C 10-01042 JSW

**AMENDED JUDGMENT PURSUANT TO RULE 54(b)**

Pursuant to the Court's Order issued this date, granting in part and denying in part Plaintiffs' motion for reconsideration or to alter or amend judgment regarding the motions to dismiss filed by Quality Loan Service, Corp. ("Quality") and Mortgage Electronic Registration Systems, Inc. ("MERS"), and pursuant to the Court's Order dated August 5, 2010, dismissing the claims asserted against those defendants with prejudice, and finding no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), THIS AMENDED JUDGMENT IS HEREBY ENTERED in favor of Quality and MERS and against Plaintiffs.[1]

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 23, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

---

[1] The Court has issued this amended judgment to correct a typographical error erroneously identifying defendant MERS as "Mortgage Electronic Registration Services, Inc." rather than as "Mortgage Electronic Registration Systems, Inc."

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL et al, | Case Number: CV10-01042 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AURORA LOAN SERVICES LLC et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: September 23, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk