IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AURORA LOAN SERVICES LLC, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-01042 JSW<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

This matter is set for a case management conference on November 12, 2010. Plaintiffs' have requested that the matter be continued to December 3, 2010, because they will be out of state on November 12, 2010. Defendants have not opposed the request. Accordingly, good cause appearing, Plaintiffs' request is GRANTED, and the case management conference is CONTINUED from November 12, 2010 at 1:30 p.m. to December 3, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 29, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC et al,

    Defendant.
                                     /

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: September 29, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2