1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    FERMIN SOLIS ANIEL and ERLINDA
     ABIBAS ANIEL,
10                                                    No. C 10-01042 JSW

11            Plaintiffs,
                                                      **ORDER FOLLOWING REMAND,**
12       v.                                           **DIRECTING PLAINTIFFS TO**
                                                      **FILE AMENDED COMPLAINT**
     AURORA LOAN SERVICES LLC, et al.,                **AND SETTING INITIAL CASE**
13                                                    **MANAGEMENT CONFERENCE**

14            Defendants.

15   _____/

16           On December 13, 2013, the United States Court of Appeals for the Ninth Circuit

17   affirmed in part and reversed in part this Court's Order dismissing this lawsuit, which arose out

18   of nonjudicial foreclosure on Plaintiffs' rental property.

19           The Ninth Circuit affirmed this Court's decision that Plaintiffs failed to state a claim

20   under the Fair Debt Collection Practices Act.  However, it reversed this Court's dismissal of the

21   wrongful foreclosure claim with prejudice, and it remanded the case with directions to permit

22   Plaintiffs to amend their wrongful foreclosure claim.

23           The Court has received the mandate from the Ninth Circuit.  Accordingly, in accordance

24   with the directions from the Ninth Circuit, it is HEREBY ORDERED that Plaintiffs shall file

25   and serve an amended complaint, which shall be limited to the wrongful foreclosure claim, by

26   no later than February 28, 2014.

27           Defendants shall answer or otherwise respond in the time permitted by the Federal Rules

28   of Civil Procedure.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   It is FURTHER ORDERED that the parties shall appear for a joint case management on

2   Friday, April 25, 2014 at 11:00 a.m. in Courtroom 5, 2d Floor, 1301 Clay Street, Oakland,

3   California.  The parties' case management statements shall be due by no later than April 18,

4   2014.

5       **IT IS SO ORDERED.**

6   Dated: January 27, 2014

7   JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

        Plaintiff,

  v.

AURORA LOAN SERVICES LLC et al,

        Defendant.

                        /

Case Number: CV10-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: January 27, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3