Marc Jason Aniel (SBN: 282466)
LAW OFFICES OF MARC JASON ANIEL
205 De Anza Blvd. #144
San Mateo, CA 94402
Phone: 650-814-9478
Fax:   650-571-5829
Email: mj_aniel@me.com

Attorney for Plaintiffs, Fermin Solis Aniel and Erlinda Abibas Aniel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA ABIBAS ANIEL, an individual; FERMIN SOLIS ANIEL, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ITS ASSIGNEE AND/OR SUCCESSORS: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A CORPORATE ENTITY; QUALITY LOAN SERVICES CORP., A CALIFORNIA CORPORATE ENTITY; MCCARTHY & HOLTHUS, LLP AND DOES 1-50 INCLUSIVE<br><br>Defendants | Case No.: C 10-01042-JSW<br><br>~~PROPOSED~~ ORDER<br>AS MODIFIED |

\\\\

1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is continued to ~~June 25, 2014~~, commencing at 11:00 a.m.
June 27, 2014

Date: April 2, 2014



HON. JEFFREY S. WHITE
DISTRICT JUDGE