Marc Jason Aniel (SBN: 282466)
LAW OFFICES OF MARC JASON ANIEL
205 De Anza Blvd. #144
San Mateo, CA 94402
Phone: 650-814-9478
Fax:    650-571-5829
Email: mj_aniel@me.com

Attorney for Plaintiffs, Fermin Solis Aniel and Erlinda Abibas Aniel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA ABIBAS ANIEL, an individual; FERMIN SOLIS ANIEL, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AURORA LOAN SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ITS ASSIGNEE AND/OR SUCCESSORS: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A CORPORATE ENTITY; QUALITY LOAN SERVICES CORP., A CALIFORNIA CORPORATE ENTITY; MCCARTHY & HOLTHUS, LLP AND DOES 1-50 INCLUSIVE<br><br>　　　　　Defendants | Case No.: C 10-01042-JSW<br><br>~~PROPOSED~~ **ORDER** DENYING WITHOUT PREJUDICE REQUEST FOR EXTENSION |

\\\\

1


# ORDER

~~PURSUANT TO STIPULATION, IT IS SO ORDERED and good cause appearing, the Court hereby orders that the Stipulation is GRANTED. Plaintiffs, Fermin Solis Aniel and Erlinda Abibas Aniel, may file a response to Defendant's, McCarthy & Holthus, LLP, Motion to Dismiss Plaintiffs' Second Amended Complaint on or before May 13, 2014.~~

The parties still have failed to show good cause for the requested extension. Accordingly, the Court DENIES the stipulated request without prejudice to showing the reasons additional time is warranted.

Date: April 29, 2014

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
DISTRICT JUDGE