IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL, et al., | No. C 10-01042 JSW |
| Plaintiffs, | **ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM** |
| v. | |
| AURORA LOAN SERVICES LLC, et al., | **(Docket No. 172)** |
| Defendants. | |

On May 5, 2014, Plaintiffs filed a motion to dismiss the counterclaims filed by Defendant Aurora Loan Services, LLC ("Aurora"), which is noticed for hearing on June 20, 2014. On May 19, 2014, Aurora filed an amended counterclaim. Accordingly, the Court DENIES the motion to dismiss as moot and vacates the hearing.

**IT IS SO ORDERED.**

Dated: May 27, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE