# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL, an individual, and ERLINDA ABIBAS ANIEL, an individual;<br><br>Plaintiffs<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, a California Limited Liability Company, its assignee and/or successors; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Corporate Entity; QUALITY LOAN SERVICES CORP., a California Corporate Entity; McCARTHY AND HOLTHUS, LLP, a DOES 1-50 inclusive,<br><br>Defendants,<br><br>AURORA LOAN SERVICES LLC,<br><br>Counterclaimant,<br><br>v.<br><br>FERMIN SOLIS ANIEL<br><br>Counterclaim Defendant. | Case No. CV-10-1042-JSW<br>Hon. Jeffrey S. White<br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING RE MOTION TO DISMISS COUNTERCLAIM**<br><br>**New Hearing Date**:<br>DATE:   August 15, 2014<br>TIME:   9:00 a.m.<br>CTRM:   5<br><br>SAC Filed:            February 28, 2014<br>Trial Date:           None |

---

{29168787;1}                                                                1                                                       CASE NO. CV-10-1042-JSW
**PROPOSED ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING RE MOTION TO DISMISS COUNTERCLAIM**

1  THIS CAUSE is before the Court upon the stipulation by and between the parties to continue the case management conference and hearing on counterclaim defendant's motion to dismiss, both currently set for August 8, 2014, by one week to August 15, 2014.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

1. The case management conference and hearing on counterclaim defendant's motion to dismiss shall be continued by one week to **August 15, 2014 at** ~~9:00 a.m.~~ 11:00 a.m.

2. The parties joint case management statement shall be filed on or before **August 8, 2014.**

3. ~~The case management conference will commence immediately following the hearing on the motion to dismiss. If the Court determines the motion is suitable for disposition without oral argument, the Court shall hold the case management conference at 11:00 a.m.~~

**IT IS SO ORDERED.** The Court finds the motion suitable for disposition without oral argument, and it shall resolve the motion on the papers.

Dated: July 11, 2014

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Court Judge