## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL, an individual, and ERLINDA ABIBAS ANIEL, an individual;<br><br>Plaintiffs<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, a California Limited Liability Company, its assignee and/or successors; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Corporate Entity; QUALITY LOAN SERVICES CORP., a California Corporate Entity; McCARTHY AND HOLTHUS, LLP, a DOES 1-50 inclusive,<br><br>Defendants,<br><br>AURORA LOAN SERVICES LLC,<br><br>Counterclaimant,<br><br>v.<br><br>FERMIN SOLIS ANIEL<br><br>Counterclaim Defendant. | Case No. 4:10-cv-1042-JSW<br>Judge Jeffrey S. White<br>Magistrate Judge Kandis A. Westmore<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>**New Settlement Conference Date**:<br>DATE:   December 8, 2014<br>TIME:   ~~10:00 a.m.~~   11:00 a.m.<br>CTRM:  TBD<br><br>SAC Filed:        February 28, 2014<br>Trial Date:       December 7, 2015 |

THIS CAUSE is before the Court upon the stipulation by and between the parties to continue the settlement conference currently set for November 19, 2014, to December 8, 2014.

GOOD CAUSE APPEARING, the Court hereby approves the stipulation and reschedules the

{29428459;1}   1   CASE NO. 4:10-CV-1042-JSW
~~PROPOSED~~ ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

1  settlement conference for **December 8, 2014 at** ~~10:00 a.m.,~~ 11:00 a.m., before Magistrate Judge Kandis A.
2  Westmore, at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612. For courtroom
3  number and floor information, please check the Court's online calendar at
4  http://www.cand.uscourts.gov or call Judge Westmore's Courtroom Deputy, Susan Imbriani, at (510)
5  637-3525, one week prior to the scheduled settlement conference.
6        The parties shall comply with Judge Westmore's Settlement Conference Standing Order,
7  available online at http://cand.uscourts.gov/kaworders.
8  **IT IS SO ORDERED.**

10  Dated: 08/21/14

      */s/ Kandis Westmore*
11  KANDIS A. WESTMORE
   United States Magistrate Judge